### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**KEITH THOMAS,**

          *Plaintiff,*

v.

**UNKNOWN WARDEN,**

          *Defendant.*

CAUSE NO. 3:24-CV-67-CWR-ASH

## ORDER

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on September 9, 2025. Docket No. 12. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636(b)(1). *Id.*

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed as moot. A separate Final Judgment will issue.

**SO ORDERED**, this the 11th day of December 2025.

                                                s/ Carlton W. Reeves
                                                UNITED STATES DISTRICT JUDGE