IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KEITH THOMAS,**

*Plaintiff,*

v.

**UNKNOWN WARDEN,**

*Defendant.*

CAUSE NO. 3:24-CV-67-CWR-ASH

# FINAL JUDGMENT

For the reasons stated in the Order issued this day by this Court, *see* Docket No. 14, and the Report and Recommendation, issued by the Magistrate Judge on September 9, 2025, *see* Docket No. 12, this habeas petition is dismissed as moot and this case is finally closed on this Court's docket.

**SO ORDERED**, this the 11th day of December 2025.

                                              s/ Carlton W. Reeves
                                              UNITED STATES DISTRICT JUDGE